DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**U.S. BANK NATIONAL ASSOCIATION,**
as Trustee for the Structured Asset Investment Loan Trust Mortgage
Pass-Through Certificates, Series 2004-10,
Appellant,

v.

**FREDERICK G. VERRAN** a/k/a **FREDERICK VERRAN,**
Appellee.

No. 4D18-2091

[June 6, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 15000567.

Sarah T. Weitz of Weitz & Schwartz, P.A., Fort Lauderdale, for appellant.

Gary M. Murphree of AM Law LLC, Miami, and Bruce R. Jacobs of Wedderburn & Jacobs, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***